IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEMETRIUS SPRINGS,**

    **Plaintiff,**

v.                                    Case No.  4:14cv529-MW/GRJ

**ALEX TAYLOR, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 49.  While Plaintiff has been granted two extensions of time, over 90 days in which to file objections, Plaintiff has not filed any objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Defendant Taylor's motion to

1

dismiss, ECF No. 24, is **GRANTED** and this action is **DISMISSED without prejudice.**"  The Clerk shall close the file.

    **SO ORDERED on September 23, 2015.**

                                       <u>s/Mark E. Walker</u>
                                       **United States District Judge**