**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DEMETRIUS SPRINGS,**

          **Plaintiff,**

**v.**                                        **Case No. 4:14cv529-MW/GRJ**

**ALEX TAYLOR, et al.,**

          **Defendant.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 49, and has also reviewed *de novo* Plaintiff's

objections to the report and recommendation, ECF No. 59.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion.  Defendant Taylor's Motion to Dismiss, ECF

No. 24, is **GRANTED** and this action is **DISMISSED** without prejudice.

**SO ORDERED on October 21, 2015.**

                              **s/Mark E. Walker_____
                              United States District Judge**